*Messrs. Alex. Mackel, W. F. Davis* and *N. A. Rotering,* for Relator.

---

No. 3,557.—STATE EX REL. TIM DRISCOLL, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control or for such other writ as may be deemed proper.

Decided September 30, 1914.

PER CURIAM.—Relator's application for writ of supervisory control, prohibition or such other writ as may be deemed proper, this day submitted to and after due consideration by the court denied.

*Messrs. Walker & Walker* and *Mr. Jas. E. Healy,* for Relator.